**DISMISSED and Opinion Filed May 10, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00542-CV**
_____

**IN RE DA GREEDY ONE ENT, LLC DBA GREEDY'S SPORTS GRILL,**
**Relator**

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14520**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Reichek

Before the Court is relator's May 9, 2024 emergency petition for writ of mandamus and stay of proceedings. Also before the Court is relator's May 9, 2024 withdrawal of emergency petition for writ of mandamus and stay of proceedings, which we construe as a motion to dismiss. In its motion to dismiss, relator explains that its primary basis for seeking emergency mandamus relief was its objection to a May 13, 2024 trial setting but that the trial setting will now be moved.

Accordingly, we grant the motion and dismiss this original proceeding.


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

240542F.P05